IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**DARRELL PENDLEY,**                               3:11-CV-6131-BR

      **Plaintiff,**

                                              **JUDGMENT OF REMAND**

**v.**

**MICHAEL J. ASTRUE,**
**Commissioner of Social**
**Security,**

      **Defendant.**


      Based on the Court's Opinion and Order (#23) issued June 19, 2012, the Court hereby **REMANDS** this matter to the above administrative agency for further administrative proceedings.

      DATED this 19th day of June, 2012.

                                              /s/ Anna J. Brown
                                          _____
                                          ANNA J. BROWN
                                          United States District Judge